# United States Court of Appeals
## For the First Circuit

No. 15-1190

UNITED STATES OF AMERICA,

Appellee,

v.

OSCAR FIGUEROA-QUIÑONES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 31, 2016, is amended as follows:

On page 5, line 16, "or promote respect of" is changed to "or promote respect for".